# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RASONDO MEEKS EL,<br><br>　　　Petitioner(s),<br><br>v.<br><br>DISTRICT COURT CLARK COUNTY, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-01015-JAD-NJK<br><br>**Order**<br><br>[Docket No. 1-1] |

Plaintiff is proceeding in this action *pro se* and submitted a complaint. Docket No. 1-1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file an application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete application to proceed *in forma pauperis*.

2. The Clerk of the Court shall send Plaintiff the short form application to proceed *in forma pauperis* by a non-prisoner.

Plaintiff must comply with this order no later than June 28, 2024. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: May 31, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge