# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RASONDO MEEKS EL,<br><br>    Petitioner(s),<br><br>v.<br><br>DISTRICT COURT CLARK COUNTY, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01015-JAD-NJK<br><br>**Order**<br><br>[Docket No. 1-1] |

    Documents filed in this Court must be redacted to include only the initials for minor children. Local Rule IC 6-1(a)(2). Plaintiff's complaint includes the full names of minors. *See, e.g.*, Docket No. 1-1 at ¶ 8. Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket No. 1-1. <u>Plaintiff must strictly comply with the redaction requirements for personal identifying information moving forward.</u>

    IT IS SO ORDERED.

    Dated: May 31, 2024

                                                                        Nancy J. Koppe<br>                                                               United States Magistrate Judge