# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RASONDO MEEKS EL,

   Plaintiff

v.

DISTRICT COURT CLARK COUNTY, *et al*.,

   Defendants

Case No. 2:24-cv-01015-JAD-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

On December 18, the magistrate judge entered this report and recommendation:

>On September 25, 2024, the Court screened Plaintiff's original complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 6. On November 21, 2024, the Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 9. The Court therein determined that the complaint failed to state a claim under 42 U.S.C. § 1983 and found that the *Rooker-Feldman* doctrine and the *Younger* abstention doctrine precludes it from exercising subject matter jurisdiction over Plaintiff's claims. *Id*. at 3-4. The Court ordered that, to the extent the deficiencies identified could be cured, an amended complaint had to be filed by December 16, 2024. *Id.* at 6. The Court warned that failing to file an amended complaint "**will result in the recommended dismissal of this case**." *Id.* (emphasis in original). Plaintiff has not filed an amended complaint, sought extension, or otherwise taken further action in this case.
>
>Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.
>
>Dated: December 18, 2024
>
>_____
>Nancy J. Koppe
>United States Magistrate Judge

**Order Adopting Report and Recommendation**

The deadline for any party to object to this recommendation was January 1, 2025, and no party filed anything or asked to extend the deadline to do so. "[N]o review is required of a

magistrate judge's report and recommendation unless objections are filed." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Having reviewed the report and recommendation, I find good cause to adopt it, and I do.  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 10] is ADOPTED** in its entirety.  **This case is DISMISSED** without prejudice, and the Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2025